UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jesus Verdugo-Carrasco, | Case No. 2:25-cv-02374-CDS-BNW |
| Petitioner | **Order Granting in Part Respondents' Motion to Extend Time** |
| v. | |
| Kristi Noem, et al., | [ECF No. 11] |
| Respondents | |

The respondents filed their first motion to extend time, seeking a 25-day extension to respond to Jesus Verdugo-Carrasco's petition for writ of habeas corpus. ECF No. 11. The respondents assert there is good cause for an extension because they need time to "to adequately review the recently obtained records and information on the Petitioner, and if needed [to] request additional records from the responsible agencies." *Id.* at 2. The motion notes that Verdugo-Carrasco objects to the requested extension. *Id.* Title 28, United States Code, Section 2241 requires that petitions for writ of habeas corpus be promptly addressed. Because the respondents already received the relevant records, it appears a response can be filed in less than 25 days. So the respondents' motion to extend time **[ECF No. 11] is granted in part**. Any response to the petition must be filed by January 2, 2026.

Dated: December 23, 2025

_____
Cristina D. Silva
United States District Judge